

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-78,320-03

### EX PARTE RHEASHAD LAMAR LOTT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W09-00780-I(C) IN CRIMINAL DISTRICT COURT NO. 2
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of engaging in organized crime and sentenced to seventy years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Lott v. State*, No. 05-09-01098-CR (Tex. App.—Dallas June 29, 2011) (not designated for publication).

In his first ground, Applicant contends that trial counsel failed to call witnesses favorable to his defense. This ground is without merit and is denied. Applicant's remaining grounds are dismissed. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. Accordingly, this application is denied in

part and dismissed in part.


Filed: October 23, 2019
Do not publish